**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01381-CR

### WILLIAM SEDRIC AUTREY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81194-10**

## ORDER

On February 18, 2015, this Court ordered court reporter Jan Dugger to file the reporter's record by April 17, 2015. To date, Ms. Dugger has neither filed the record nor communicated with the Court regarding the status of the record. The appeal cannot proceed until the reporter's record is filed.

Accordingly, we **ORDER** Jan Dugger, official court reporter of the 296th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, by **4:00 p.m. on MONDAY, MAY 18, 2015**. No further extensions will be granted. If we do not receive the complete record by the date and time specified, the Court will order that Jan Dugger not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Jan Dugger, official court reporter, 296th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE